IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRUCE L. SHAW, | ) | No. C 10-5800 LHK (PR) |
| | ) | |
| Petitioner, | ) | ORDER GRANTING |
| | ) | APPLICATION FOR |
| v. | ) | ENLARGEMENT OF TIME |
| | ) | FOR RESPONDENT TO FILE |
| ANTHONY HEDGPETH, | ) | AN ANSWER |
| | ) | |
| Respondent. | ) | |
| _____ | ) | (Docket No. 9) |

Good cause appearing, Respondent's application for an extension of time to file an answer is GRANTED.

Respondent shall file his answer on or before **June 2, 2011.** Petitioner shall file his traverse within **thirty (30) days** from the date the answer is filed.

This order terminates docket no. 9.

IT IS SO ORDERED.

DATED:  5/9/11

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Order Granting Application for Enlargement of Time for Respondent to File an Answer
P:\PRO-SE\SJ.LHK\HC.10\Shaw800eot-answer.wpd